William C. Reeves - 183878
MORALES FIERRO & REEVES
2300 Contra Costa Blvd., Suite 310
Pleasant Hill, CA 94523
Telephone: 925/288-1776
Facsimile: 925/288-1856
Email: wreeves@mfrlegal.com

Charles E. Merrill - 87861
MERRILL, NOMURA & MOLINEUX LLP
65 Oak Court
Danville, CA 94526
Telephone: 925/833-1000
Facsimile: 925/833-1001
Email: cmerrill@merrillnomura.com

Attorneys for Plaintiff
Sustainable Ranching Partners, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSTAINABLE RANCHING PARTNERS, INC., | Case No.: 17-cv-02323-JST |
| Plaintiff, | RESPONSE TO DEFENDANTS' MOTION TO DISMISS |
| vs. | DATE: August 3, 2017 |
| BERING PACIFIC RANCHES LTD., et al., | TIME: 2:00 p.m. |
| | DEPT: Courtroom 9 |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Sustainable Ranching Partners, Inc., in response to Defendants' Motion to Dismiss and pursuant to FRCP 15, filed a First Amended Complaint ("FAC"). See Dkt. Nos. 11, 16. By virtue of the filing of the FAC, Defendant's Motion is now moot. Accordingly, Plaintiff requests that this Court vacate the hearing scheduled in connection with Defendant's Motion.

Dated: July 2, 2017

MORALES FIERRO & REEVES


By:    /s/ William C. Reeves
         William C. Reeves
         Attorneys for Plaintiff

1