TROUTMAN SANDERS LLP
Dean A. Morehous, Bar No. 111841
dean.morehous@troutmansanders.com
Craig C. Crockett, Bar No. 265161
craig.crockett@troutmansanders.com
Ryan A. Lewis, Bar No. 307253
ryan.lewis@troutmansanders.com
580 California Street, Suite 1100
San Francisco, CA 94104
Telephone: 415.477.5700
Facsimile: 415.477.5710

Attorneys for Defendants
BERING PACIFIC RANCHES LIMITED and
PATRICK HARVIE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSTAINABLE RANCHING PARTNERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BERING PACIFIC RANCHES LIMITED and PATRICK HARVIE, <br><br> Defendants. | Case No. 17-cv-02323-JST <br><br> **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** <br><br> Complaint Filed: April 25, 2017 |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☑ Private ADR (*please identify process and provider*) <u>JAMS Private Mediation</u>

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

- ☑ other requested deadline   <u>November 15, 2017</u>

Dated: July 5, 2017     TROUTMAN SANDERS LLP


By: */s/ Dean A. Morehous*
DEAN A. MOREHOUS
Attorneys for Defendants
BERING PACIFIC RANCHES LIMITED
and PATRICK HARVIE


Dated: July 5, 2017     MORALES FIERRO & REEVES


By: */s/ William C. Reeves*
WILLIAM C. REEVES
Attorneys for Plaintiff
SUSTAINABLE RANCHING
PARTNERS, INC.

TROUTMAN SANDERS LLP
580 CALIFORNIA STREET, 11TH FLOOR
SAN FRANCISCO, CA 94104

1      17-CV-02323-JST

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

| | |
|---|---|
| 1 | Pursuant to L.R. 5-1(i)(3), the undersigned hereby attests that all parties have concurred |
| 2 | in the filing of this stipulation. |

By: */s/ Dean A. Morehous*
      DEAN A. MOREHOUS

**[PROPOSED] ORDER**

    ☒    The parties' stipulation is adopted and IT IS SO ORDERED.
    ☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: July 6, 2017                       _____
                                              UNITED STATES JUDGE