William C. Reeves - 183878
MORALES FIERRO & REEVES
2151 Salvio Street, Suite 280
Concord, CA 94520
Telephone: 925/288-1776
Email: wreeves@mfrlegal.com

Charles E. Merrill - 87861
MERRILL, NOMURA & MOLINEUX LLP
65 Oak Court
Danville, CA 94526
Telephone: 925/833-1000
Email: cmerrill@merrillnomura.com

Attorneys for Plaintiff
Sustainable Ranching Partners, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSTAINABLE RANCHING PARTNERS, INC., | Case No.: 17-cv-02323-JST |
| Plaintiff, | STIPULATION AND PROPOSED ORDER RE: CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES |
| vs. | |
| BERING PACIFIC RANCHES LTD., et al., | SECOND REQUEST |
| Defendants. | |

Plaintiff Sustainable Ranching Partners, Inc. ("Sustainable") and Defendants Patrick Harvie and Bering Pacific Ranches Limited (collectively "BPR"), by and through counsel, stipulate and agree as follows:

WHEREAS, at the request of the parties and given the pendency of a Motion to Dismiss and Alternative Motion to Transfer Venue filed by BPR as to Plaintiff's Complaint, this Court previously entered an Order on July 10, 2017 continuing the initial Case Management Conference to September 27, 2017 [Dkt. Nos., 22, 23];

WHEREAS, since issuing the Order, BPR filed a further Motion to Dismiss and Alternative Motion to Transfer Venue as to Plaintiff's First Amended Complaint [Dkt. No. 24], originally setting the hearing on that motion for August 24, 2017;

WHEREAS, the Court reset the hearing on Defendant's pending Motion to Dismiss and

1

STIPULATION          Case No.: 17-cv-02323-JST

Alternative Motion to Transfer Venue to September 21, 2017 [Dkt. No. 25];

WHEREFORE, given the proximity of the hearing date on the renewed Motion to Dismiss and Alternative Motion to Transfer Venue to the Case Management Conference and in order to save resources, the parties are agreeable to and jointly request that this Court continue the September 27, 2017 Case Management Conference for 30 or more days so as to permit for this Court to rule upon BPR's pending Motion to Dismiss and Alternative Motion to Transfer Venue.

IT IS SO AGREED.

Dated: August 30, 2017

MORALES FIERRO & REEVES                    TROUTMAN SANDERS LLP

By: /s/ William C. Reeves                  By: /s/ Dean A. Morehous
    William C. Reeves                          Dean A. Morehous
    Attorneys for Plaintiff                    Attorneys for Defendants

Pursuant to Local Rule 5-1, the undersigned attests that counsel for Defendant has consented in the filing of this stipulation.

By: /s/ William C. Reeves
    William C. Reeves

## ORDER

The Court, having considered the stipulation of the parties and good cause appearing, orders as follows:

1. The Case Management Conference set for September 27, 2017 is continued to November 1, 2017 at 2:00 am/pm.

2. Pursuant to FRCP 26, the parties must file a Joint Case Management Statement and complete their Initial Disclosures by no later than seven (7) days for the continued Case Management Conference.

IT IS SO ORDERED.

Dated: August 31, 2017

_____
UNITED STATES DISTRICT JUDGE

2

STIPULATION                                                    Case No.: 17-cv-02323-JST