TROUTMAN SANDERS LLP
Dean A. Morehous, Bar No. 111841
dean.morehous@troutman.com
Craig C. Crockett, Bar No. 265161
craig.crockett@troutman.com
Ryan A. Lewis, Bar No. 307253
ryan.lewis@troutman.com
580 California Street, Suite 1100
San Francisco, CA 94104
Telephone: 415.477.5700
Facsimile: 415.477.5710

Attorneys for Defendants
BERING PACIFIC RANCHES LIMITED and
PATRICK HARVIE

*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSTAINABLE RANCHING PARTNERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BERING PACIFIC RANCHES LIMITED, and PATRICK HARVIE, <br><br> Defendants. | Case No. 17-cv-02323-JST <br><br> **STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT** <br><br> [Civil L.R. 6-1] |

TROUTMAN SANDERS LLP
580 CALIFORNIA STREET, 11TH FLOOR
SAN FRANCISCO, CA 94104

17-CV-02323-JST
STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT
33310932v1

Pursuant to Civil Local Rule 6-1(a), plaintiff Sustainable Ranching Partners, Inc. ("SRP") and defendants Bering Pacific Ranches Limited ("BPR") and Patrick Harvie ("Harvie"), hereby stipulate and agree that BPR and Harvie shall have until December 22, 2017 to answer or otherwise respond to SRP's Second Amended Complaint in this action.

IT IS SO STIPULATED.

Dated: November 23, 2017     TROUTMAN SANDERS LLP


By: */s/ Dean A. Morehous*
Dean A. Morehous
Attorneys for Defendants
Bering Pacific Ranches Limited and
Patrick Harvie


Dated: November 23, 2017     MORALES FIERRO & REEVES


By: */s/ William C. Reeves*
William C. Reeves
Attorneys for Plaintiff
Sustainable Ranching Partners, Inc.

Pursuant to L.R. 5-1(i)(3), the undersigned hereby attests that all parties have concurred in the filing of this stipulation.


By: */s/ Dean A. Morehous*
Dean A. Morehous

# [PROPOSED] ORDER

Given the parties' stipulation as set forth above, defendants shall have until December 22, 2017 to answer or otherwise respond to SRP's Second Amended Complaint in this action.

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

Date: November 27, 2017

TROUTMAN SANDERS LLP
580 CALIFORNIA STREET, 11TH FLOOR
SAN FRANCISCO, CA 94104