William C. Reeves - 183878
MORALES FIERRO & REEVES
2151 Salvio Street, Suite 280
Concord, CA 94520
Telephone: 925/288-1776
Email: wreeves@mfrlegal.com

Charles E. Merrill - 87861
MERRILL, NOMURA & MOLINEUX LLP
65 Oak Court
Danville, CA 94526
Telephone: 925/833-1000
Email: cmerrill@merrillnomura.com

Attorneys for Plaintiff
Sustainable Ranching Partners, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSTAINABLE RANCHING PARTNERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BERING PACIFIC RANCHES LTD., et al., <br><br> Defendants. | Case No.: 17-cv-02323-JST <br><br> STIPULATION AND ~~PROPOSED~~ ORDER RE: EXTENDING DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND RESCHEDULING THE CASE MANAGEMENT CONFERENCE |

Plaintiff Sustainable Ranching Partners, Inc. ("Plaintiff") and Defendants Patrick Harvie and Bering Pacific Ranches Limited (collectively "Defendants"), by and through counsel, stipulate and agree as follows:

WHEREAS, on December 22, 2017, Defendants filed a Motion to Dismiss Plaintiff's Second Amended Complaint [Dkt. No. 38];

WHEREAS, this Court re-scheduled the hearing date on Defendants' Motion to 2:00 p.m. on February 22, 2018 [Dkt. No. 39];

WHEREAS, given the holidays, Plaintiff and Defendants (collectively "Parties") are amenable to extending the date for Plaintiff to respond to Defendants' Motion to January 16, 2018;

WHEREAS, a Case Management Conference is currently scheduled for January 24, 2018 [Dkt. No. 34];

WHEREAS, counsel for the Plaintiff has a conflict on January 24, 2018 due to a multi-party mediation;

WHEREAS, counsel for Defendant is amenable to rescheduling the Case Management Conference for February 22, 2018, the same day as the hearing on their Motion to Dismiss;

WHEREFORE, based on the foregoing, and subject to this Court's approval, the Parties stipulate and agree as follows:

1. The deadline for Plaintiff to oppose the Motion to Dismiss shall be January 16, 2018;
2. The Case Management Conference shall be set 2:00 p.m. on February 22, 2018.

IT IS SO AGREED.

Dated: December 26, 2017

| MORALES FIERRO & REEVES | TROUTMAN SANDERS LLP |
|---|---|
| By: /s/ William C. Reeves<br>William C. Reeves<br>Attorneys for Plaintiff | By: /s/ Dean A. Morehous<br>Dean A. Morehous<br>Attorneys for Defendants |

Pursuant to Local Rule 5-1, the undersigned attests that counsel for Defendant has consented in the filing of this stipulation.

By: /s/ William C. Reeves
William C. Reeves

ORDER

The Court, having considered the stipulation of the parties and good cause appearing, orders as follows:

1. The deadline for Plaintiff to oppose the Motion to Dismiss shall be January 16, 2018; Replies are due by January 23, 2018.
2. The Case Management Conference shall be held on February 22, 2018 at 2:00 p.m.

IT IS SO ORDERED.

Dated: December 27, 2017

UNITED STATES DISTRICT JUDGE
HON. JON S. TIGAR

2
STIPULATION                                               Case No.: 17-cv-02323-JST