TROUTMAN SANDERS LLP
Dean A. Morehous, Bar No. 111841
dean.morehous@troutman.com
Craig C. Crockett, Bar No. 265161
craig.crockett@troutman.com
Ryan A. Lewis, Bar No. 307253
ryan.lewis@troutman.com
580 California Street, Suite 1100
San Francisco, CA 94104
Telephone: 415.477.5700
Facsimile: 415.477.5710

Attorneys for Defendants
BERING PACIFIC RANCHES LIMITED and
PATRICK HARVIE

*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSTAINABLE RANCHING PARTNERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BERING PACIFIC RANCHES LIMITED, and PATRICK HARVIE, <br><br> Defendants. | Case No. 17-cv-02323-JST <br><br> **STIPULATION OF ALL PARTIES TO DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** <br><br> **(FED. R. CIV. PROC. 41)** <br><br> Judge: Hon. Jon S. Tigar <br> Trial Date: July 8, 2019 |
| BERING PACIFIC RANCHES LIMITED and PATRICK HARVIE, <br><br> Counterclaimants, <br><br> v. <br><br> SUSTAINABLE RANCHING PARTNERS, INC., CHRIS DONATI, and ROES 1 through 10, inclusive, <br><br> Counterdefendants. | |

**RECITALS**

WHEREAS, each of the parties in this action have agreed to settle this action its entirety; and,

WHEREAS, each of the parties to this action executed a Mutual Release and Settlement Agreement ("Settlement") on or about September 20, 2018, which among other things, provides that this action shall be dismissed with prejudice in its entirety against all parties, including the current Second Amended Complaint ("Complaint") filed by Plaintiff and Counterdefendant Sustainable Ranching Partners, Inc. ("Sustainable") against Defendants and Counterclaimants Bering Pacific Ranches Limited ("BPR"), and Patrick Harvie ("Harvie"), and the Counterclaim filed by BPR and Harvie against Sustainable and Counter-defendant Chris Donati ("Donati").

**STIPULATION**

Given the foregoing facts, each party in this action, acting through their respective attorneys of record, hereby stipulate and agree as follows:

1. Sustainable's Complaint in this action shall be dismissed against all defendants with prejudice;

2. BPR's and Harvie's Counterclaim in this action shall be dismissed against all Counterdefendants with prejudice;

3. Each party shall bear its own costs and fees incurred in this action;

4. This stipulation shall constitute and be deemed to be a voluntary dismissal of this action with prejudice in its entirety in all respects under Federal Rule of Civil Procedure 41, or otherwise; and,

5. The Court may, to the extent required by law, enter an order on this Stipulation dismissing this action with prejudice in its entirety, including Sustainable's Complaint and BPR's and Harvie's Counterclaim.

| | | |
|---|---|---|
| Dated: September 26, 2018 | | TROUTMAN SANDERS LLP |
| | | |
| | | By: */s/ Dean A. Morehous* |
| | | Dean A. Morehous |
| | | Attorneys for Defendants and Counterclaimants |
| | | BERING PACIFIC RANCHES LIMITED and PATRICK HARVIE |
| Dated: September 26, 2018 | | MORALES FIERRO & REEVES |
| | | |
| | | By: */s/ William C. Reeves* |
| | | WILLIAM C. REEVES |
| | | Attorneys for Plaintiff and Counterdefendants |
| | | SUSTAINABLE RANCHING PARTNERS, INC. and CHRIS DONATI |

**CONCURRENCE IN FILING**

Pursuant to L.R. 5-1(i)(3), the undersigned hereby attests that all parties have concurred in the filing of this stipulation.

By: */s/ Dean A. Morehous*
DEAN A. MOREHOUS

**ORDER**

The Court, having considered the stipulation of the parties to the voluntary dismissal of this action, hereby orders that this action is dismissed in its entirety with prejudice against all parties.

**IT IS SO ORDERED.**

Dated: October 2, 2018

_____
UNITED STATES DISTRICT JUDGE

TROUTMAN SANDERS LLP
580 CALIFORNIA STREET, 11TH FLOOR
SAN FRANCISCO, CA 94104